UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, et al.,

                        Plaintiffs,                    **<u>ORDER</u>**

            -against-                                  25-CV-05645 (PMH)

YING DONG, et al.,

                        Defendants.

PHILIP M. HALPERN, United States District Judge:

Plaintiffs initiated this action by filing a complaint on July 9, 2025. (Doc. 1). Plaintiffs filed an amended complaint on July 31, 2025. (Doc. 16). Defendant Ying Dong appeared and filed an answer on October 31, 2025. (Doc. 42). The deadline for Defendants Belgium Block Holdings LLC and Eastern Sources, Inc. to answer or otherwise respond to the complaint were October 6, 2025 and October 9, 2025, respectively (*see* Docs. 35, 36); but to date, neither of these defendants have responded to the complaint. With respect to Defendant RJS 59 LLC, it does not appear that it has been served and the time to do so has expired. With respect to the remaining Defendants, Fuchs, 131 Route 59 Realtors LLC, and 135 Route 59 Realtors LLC, Plaintiffs advised the Court on November 25, 2025 that they had reached an agreement in principle (Doc. 43) and their time to answer or otherwise move with respect to the amended complaint was extended to January 13, 2026 (*see* Doc. 44).

By January 13, 2026, Plaintiffs shall file a letter, advising as to the following: (1) the status of service of Defendant RJS 59 LLC; (2) whether Plaintiffs intend to move for default judgment against Defendants Belgium Block Holdings LLC and Eastern Sources, Inc.; and (3) the status of settlement with Defendants Fuchs, 131 Route 59 Realtors LLC, and 135 Route 59 Realtors LLC.

SO ORDERED.

Dated: White Plains, New York
January 5, 2026

_____

Philip M. Halpern
United States District Judge